**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**CHRISTOPHER REED,**                                                    **PLAINTIFF**
**ADC #154916**

**v.**                          **CASE NO:  5:13CV00393 BSM**

**WILLIAM LEON KIRK,**
**Infirmary Administrator,**
**Delta Regional Unit, ADC, et al.**                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered this day, this case is dismissed without prejudice.

It is certified that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 17th day of October 2014.

_____
UNITED STATES DISTRICT JUDGE